# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| JORGE HUMBERTO RIVERA RAMIREZ, | § § § § | |
| *Petitioner*, | § § | |
| v. | § § § | |
| PAMELA BONDI, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES; KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; JOEL GARCIA, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE ICE EL PASO FIELD OFFICE; JOHN DOE, IN THEIR OFFICIAL CAPACITY AS THE WARDEN OF ERO EL PASO EAST MONTANA; U.S. DEPARTMENT OF HOMELAND SECURITY,  U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | § § § § § § § § § § § § § § § § § § § § | No.  3:26-CV-00715-LS |
| *Respondents*. | § § | |

## ORDER DISMISSING CASE

Respondents advised the Court that Petitioner has been removed.[1] Petitioner sought a writ of habeas corpus ordering his release from Immigration and Custom Enforcement custody.[2] The Court therefore denies the petition as moot and dismisses this case without prejudice.[3]

---

[1] ECF No. 3.
[2] ECF No. 1 at 27.
[3] *See Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988) (holding that a habeas petition becomes moot when the habeas relief requested "can no longer be effected").

**SO ORDERED**.

**SIGNED** and **ENTERED** on March 20, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**